IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Jimmy Dodd,               )<br>                                              )<br>             Petitioner,      )<br>                                              )<br>vs.                                         )<br>                                              )<br>Robert M. Stevenson, Warden, )<br>                                              )<br>             Respondent.    )<br>_____) | Civil Action No.: 0:07-193 |

# ORDER

On January 22, 2007, the petitioner, Jimmy Dodd, ("petitioner") proceeding *pro se*, filed this petition for a writ of habeas corpus pursuant to 42 U.S.C. § 2254. (Doc. #1). The case was referred to Magistrate Judge Joseph R. McCrorey pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #36). On September 16, 2008 the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the action be dismissed with prejudice. (Doc. #36). The petitioner filed no objections to the report. Objections were due on October 3, 2008. The District Court did review the petition for a writ of habeas corpus and the Motion for Summary Judgment. Based on the review of the Motion for Summary Judgment, this Court concludes there is no basis for relief.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

1

reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.**  (Doc. #36).

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

December 22, 2008
Florence, South Carolina

2